## UNITED STATES BANKRUPTCY COURT

IN RE:

JACKIE M HILL

CHAPTER: 13

Debtor(s) | CASE NO.

## CERTIFICATION OF NO PAYMENT ADVICES
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

I, Jackie Hill, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☑ I have received no regular income other than Pension and/or Retirement and/or Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 7/28/25

*Jackie M. Hill*
Jackie M. Hill (Jul 28, 2025 17:20:05 EDT)
Debtor

# Certification of No Payment Advices

Final Audit Report                                                                 2025-07-28

| | |
|---|---|
| Created: | 2025-07-28 |
| By: | Melodye Signil (signilmel.notary@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA66KKv-vQgIl0MtlciNpz0GE4-IFLFJn- |

## "Certification of No Payment Advices" History

- Document created by Melodye Signil (signilmel.notary@gmail.com)
  2025-07-28 - 9:05:03 PM GMT- IP address: 162.204.108.173

- Document emailed to jackiemhill25@yahoo.com for signature
  2025-07-28 - 9:05:20 PM GMT

- Email viewed by jackiemhill25@yahoo.com
  2025-07-28 - 9:09:29 PM GMT- IP address: 69.147.95.11

- Signer jackiemhill25@yahoo.com entered name at signing as Jackie M. Hill
  2025-07-28 - 9:20:03 PM GMT- IP address: 68.238.177.241

- Document e-signed by Jackie M. Hill (jackiemhill25@yahoo.com)
  Signature Date: 2025-07-28 - 9:20:05 PM GMT - Time Source: server- IP address: 68.238.177.241

- Agreement completed.
  2025-07-28 - 9:20:05 PM GMT

Adobe Acrobat Sign