**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : |
| JACKIE M. HILL | : CHAPTER 13 |
| xxx-xx-9153 | : |
| | : |
| | : CASE NO. 25-13039-AMC |
| | : |
| | : |
| Debtor. | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that ROMANO GARUBO & ARGENTIERI, hereby enters its appearance as attorneys for CIM TRUST 2023-R1, Secured Creditor in the above proceeding, and pursuant to Bankruptcy Rule 2002 and 9010, requests that its name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
**bk@rgalegal.com**

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notice and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing

and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

      This appearance and request for notice is made without prejudice to CIM TRUST 2023-R1's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit CIM TRUST 2023-R1 to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated:  August 8, 2025                      ROMANO GARUBO & ARGENTIERI

                                        /s/EMMANUEL J. ARGENTIERI
                                        EMMANUEL J. ARGENTIERI

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515   #59264
eargentieri@rgalegal.com