**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : |
| JACKIE M. HILL | : CHAPTER 13 |
| xxx-xx-9153 | : |
| | : |
| | : CASE NO. 25-13039-AMC |
| | : |
| | : |
| Debtor. | : |
| | : |
| CIM TRUST 2023-R1 | : |
| v. | : |
| JACKIE M. HILL | : |
| And Trustee, Respondents | : |
| | : |

**OBJECTION TO CONFIRMATION OF PLAN PURSUANT TO 11 *U.S.C.* SECTION 1322, 1324, AND 1325, *ET SEQ.***

Secured Creditor, CIM TRUST 2023-R1, the holder of a mortgage on the real property of the Debtor commonly known as 314 E Basin Street, Norristown, Pennsylvania 19401, by and through its undersigned attorneys, hereby objects to the confirmation of the Chapter 13 Plan proposed by the Debtor in the event that the Debtor has failed to make post-petition mortgage payments as required by the proposed plan and/or as required by 11 *U.S.C.* Section 1322 and 1326, *et seq.*

Further, objection is made to confirmation of the proposed Plan in the event that:

(a) the Debtor has failed to make all required payments to the Standing Trustee pursuant to 11 U.S.C. Section 1326;

    (b)    the Debtor seeks to modify the rights of Secured Creditor, which is the holder of a claim secured only by a security interest in real property that is the principal residence of the Debtor;

    (c)    the proposed plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith;

    (d)    the proposed plan does not provide that Secured Creditor retain its lien;

    (e)    the value of the property to be distributed to Secured Creditor under the plan is less than the allowed amount of its claim;

    (f)    the proposed plan is not feasible;

    (g)    the proposed plan fails to comply with other applicable provisions of Title 11;

    (h)    the proposed plan fails to provide for Secured Creditor's claim as provided for in its Proof of Claim.

Wherefore, Secured Creditor respectfully requests that the Court deny confirmation of Debtor's proposed Plan.

    Respectfully submitted,
    Romano Garubo & Argentieri

    /s/EMMANUEL J. ARGENTIERI
    EMMANUEL J. ARGENTIERI

Date:  August 8, 2025

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515   #59264
eargentieri@rgalegal.com