# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| JACKIE M. HILL | : CHAPTER 13 |
| xxx-xx-9153 | : |
| | : |
| | : CASE NO. 25-13039-AMC |
| | : |
| | : |
| Debtor. | : |
| | : |

## CERTIFICATION OF SERVICE

1. I, Natalie L. Dando:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Romano Garubo & Argentieri, who represents the above-referenced secured creditor in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On August 8, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Objection to Confirmation of Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 8, 2025                                /s/ NATALIE L. DANDO
                                                     NATALIE L. DANDO

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jackie M. Hill<br>416 W. Walnut Ln<br>Apt 2lande<br>Philadelphia, PA 19144-3777 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | U.S. Trustee | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515    #59264
eargentieri@rgalegal.com