# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| JACKIE M. HILL | : CHAPTER 13 |
| xxx-xx-9153 | : |
| | : |
| | : CASE NO. 25-13039-AMC |
| Debtor. | : |
| _____ | : |
| Wilmington Savings Fund Society, FSB, as | : |
| Indenture Trustee with respect to CIM | : |
| Trust 2023-R1 | : |
| v. | : |
| JACKIE M. HILL | : |
| And Trustee, Respondents | : |
| _____ | : |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN

Secured Creditor, Wilmington Savings Fund Society, FSB, as Indenture Trustee with respect to CIM Trust 2023-R1, the holder of a mortgage on the real property of the Debtor commonly known as 314 E. Basin Street, Morristown, Pennsylvania 19401, by and through its undersigned attorneys, hereby withdraws its objection to confirmation filed with this Court on August 8, 2025 as Debtor has amended his plan to provide for Wilmington's proof of claim as filed.

                                                            Respectfully submitted,
                                                            Romano Garubo & Argentieri

                                                            /s/EMMANUEL J. ARGENTIERI
                                                            EMMANUEL J. ARGENTIERI

Date:  October 27, 2025

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
**#59264/eargentieri@rgalegal.com**
(856) 384-1515