**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jackie M. Hill,<br><br>       *Debtor*. | Case No. 25-13039-AMC<br>Chapter 13 |

**CERTIFICATION OF SERVICE**

 I, Michael A. Cibik, certify that on January 27, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

 I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated. Date:

January 27, 2026

                /s/ Michael A. Cibik
                Michael A. Cibik (#23110)
                Cibik Law, P.C.
                1500 Walnut Street, Suite 900
                Philadelphia, PA 19102
                215-735-1060
                mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Rushmore Servicing**
PO Box 619096
Dallas, TX 75261

**Method of Service - First Class Mail:**

Acima Credit
4th Floor
9815 South Monroe Street
Sandy, UT 84070

American First Finance
Attn: Bankruptcy
PO Box 565848
Dallas, TX 75356

Cornerstone
PO Box 82561
Lincoln, NE 68501

Credence Resource Management, LLC
Attn: Bankruptcy
4222 Trinity Mills Road Suite 260
Dallas, TX 75287

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Mohela
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

Mrc/united Wholesale M
Attn: Bankruptcy P. O. Box 619098
Dallas, TX 75261-9741

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
P.O. Box 12914
Norfolk, VA 23541-0914

Santander Consumer Usa
Attn: Bankruptcy
PO Box 961211
Fort Worth, TX 76161

Spring Oaks Capital, Llc
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327-1216

TD Bank, N.A.
Attn: Bankruptcy
32 Chestnut Street PO Box 1377
Lewiston, ME 04243

Tlr/midwes
368 New Hempstead
New City, NY 10956

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Uown Leasing**
Attn: Bankruptcy
10500 University Center Dr 1400
Tampa, FL 33612

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587