United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-13039-amc

Jackie M. Hill                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                    Page 1 of 2

Date Rcvd: Mar 24, 2026                          Form ID: 155                          Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Jackie M. Hill, 416 W Walnut Ln, Apt 2lande, Philadelphia, PA 19144-3777 |
| 15034487 | + | Acima Credit, 4th Floor, 9815 South Monroe Street, Sandy, UT 84070-4384 |
| 15037901 | + | Cim Trust 2023-R1, C/O Emmanuel Argentieri, Esquire, ROMANO GARUBO & ARGENTIERI, 52 Newton Avenue, P.O. Box 456, Woodbury, New Jersey 08096-7456 |
| 15034494 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15034501 | + | Tlr/midwes, 368 New Hempstead, New City, NY 10956-1900 |
| 15034503 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15034504 | | Uown Leasing, Attn: Bankruptcy, 10500 Iniversity Center Dr 1400, Tampa, FL 33612 |
| 15046108 | + | Wilmington Savings Fund Society, FSB, indenture Tr, Rushmore Servicing, PO Box 619094, Dallas, Texas 75261-9094 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 15034488 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Mar 25 2026 01:52:00 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 15034489 | ^ | MEBN | Mar 25 2026 01:50:42 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15034490 | + | Email/Text: bankruptcy@credencerm.com | Mar 25 2026 01:52:00 | Credence Resource Management, LLC, Attn: Bankruptcy 4222 Trinity Mills Road, Dallas, TX 75287-7603 |
| 15034491 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2026 01:52:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15056949 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 02:03:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15034492 | | Email/Text: EBN@Mohela.com | Mar 25 2026 01:52:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15034493 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2026 01:52:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 15034497 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2026 02:03:45 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 15034495 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2026 01:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15035909 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2026 01:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15034496 | ^ | MEBN | Mar 25 2026 01:50:43 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |

| | | | |
|---|---|---|---|
| 15042078 | Email/Text: bankruptcy@springoakscapital.com | Mar 25 2026 01:52:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 15034499 | Email/Text: bankruptcy@springoakscapital.com | Mar 25 2026 01:52:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 15034498 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2026 01:52:00 | Santander Consumer Usa, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 15034500 | Email/Text: bankruptcy@td.com | Mar 25 2026 01:52:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 15034502 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 25 2026 01:52:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| EMMANUEL J. ARGENTIERI | on behalf of Creditor CIM TRUST 2023-R1 bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor Wilmington Savings Fund Society  FSB, as Indenture Trustee with respect to CIM Trust 2023-R1 bk@rgalegal.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jackie M. Hill help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                     )
    Jackie M. Hill            )         Case No. 25−13039−amc
                    )
                    )
    Debtor(s).              )         Chapter: 13
                    )
                    )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 24, 2026                                  For The Court

                                               Ashely M. Chan
                                             Chief Judge, United States Bankruptcy Court