**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jackie M. Hill,<br>*Debtor*. | Case No. 25-13039-AMC<br>Chapter 13 |

**Motion to Modify Plan After Confirmation**

Debtor Jackie M. Hill, through her attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on July 30, 2025. The plan was confirmed on March 24, 2026. The plan is a 100% plan.

2. The Debtor has fallen behind on Trustee payments.

3. The Debtor wants to modify her plan to cure the arrears.

4. The proposed plan cures the arrears by increasing the Debtor's monthly plan payments moving forward.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 30 as the new confirmed plan.

6. A supplement to Schedule J has already been filed at ECF No. 29 to show feasibility.

For those reasons, the Court must grant relief in the form of the order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: September 29, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: ______________________
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com